# EXHIBIT G



| | | | |
|---|---|---|---|
| JOB: | Exelon | DATE: | 2/24/09 |
| CLIENT: | AgencyRx | JOB #: | N-46 |
| ART BUYER: | Mitch Tepper 212.896.1416 | | |
| ESTIMATE #: | E-0902-12 | | |
| USAGE: | 3 Years Worldwide; trade ads, trade & consumer collateral, convention panels, posters, premiums, & electronic media. | Usage Expires: | TBD |

| | |
|---|---|
| JOB DESCRIPTION: | 4 days of photography by TOM HUSSEY on location in New York city (or tri-state area). Photo library for Exelon. 21 adult talent. 8 older patients looking at the mirror and seeing a younger person plus variations. Caregiver interacting with patient. Portraits of patients and portraits of caregiver. Four locations. |
| PROPOSED LOCATIONS: | New York City or Tri-state area |
| SHOOT DATE: | March 10, 11, 12, and 13, 2009 |

**ESTIMATED FEES & EXPENSES**                                                  **$228,700.00**

**50% ADVANCE AMOUNT DUE**                                                 **$114,350.00**

Purchase Order #: _____

This advance payment is required before production can begin.
The balance is due no later than 30 days following Final Invoice date.

Please make checks payable to:

**Tom Hussey Photography, LLC 154 Express St., Dallas TX 75207**
Federal Tax ID: 75-2788146

**Conditions:** The estimate for this job is based on information received prior to submission. The final price may vary by +/-10%. Changes made by the client after submission of the estimate may also affect the final price. Any changes will be accounted in the fianl invoice total.